| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------X | **HEARING DATE: May 2, 2013**<br>**HEARING TIME: 10:00 am** |
| In re:<br><br>WORLD HARVEST DELIVERANCE<br>CENTER, INC.,<br><br>                           Debtor.<br>------------------------------------------------------X | Case No. 13-41331 (JF)<br><br>Chapter 11 |

### NOTICE OF MOTION AND MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CHAPTER 11 CASE OR CONVERT CASE TO A CASE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)

**NOTICE IS HEREBY GIVEN** that a hearing on the United States Trustee's motion to dismiss this Chapter 11 case with prejudice pursuant to 11 U.S.C. §§ 1112(b) and 349(a) (the "Motion") will be heard before the Honorable Jerome Feller, United States Bankruptcy Judge, on May 2**, 2013 at 10:00 a.m.,** at the Conrad B. Duberstein Courthouse, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201. The United States Trustee seeks dismissal of the case with a bar to refiling for a period of one year pursuant to 11 U.S.C. §§ 1112(b) and 349(a). The Motion is based on the Memorandum of Law concurrently filed.

**NOTICE IS FURTHER GIVEN** that any responses to the Motion shall be filed with the Court and served on the United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201, Attention: Marylou Martin, Trial Attorney, so as to be received no later than seven days prior to the hearing date. Responsive papers shall state, in writing, the factual grounds upon which the relief sought is opposed and the legal authorities that support the

respondent's position, either in the response or in a memorandum of law.   Failure to provide this information may be grounds to strike the response or to grant the Motion by default.

Dated: Brooklyn, New York
       April 1, 2013

>TRACY HOPE DAVIS
>UNITED STATES TRUSTEE
>
>By:   */s/ Marylou Martin*
>      Marylou Martin (MM-9195)
>      Trial Attorney
>
>271 Cadman Plaza East, Suite 4529
>Brooklyn, New York 11201
>Tel. No. 718.422.2960
>Fax No. 718.422.4990